IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JHENSY SAILLANT, | : | Civil No. 1:20-CV-00609 |
| Petitioner, | : | |
| v. | : | |
| ANGELA HOOVER, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 16th day of April, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. the petition for writ of habeas corpus filed by Petitioner Jhensy Saillant (Doc. 1) is **DENIED** to the extent that it seeks habeas corpus relief based on the COVID-19 pandemic.[1]

2. Respondents Simona Flores, L. Francis Cissna, and William Barr are **DISMISSED** from this action.

3. On or before **May 15, 2020**, Saillant shall file a brief in support of his argument that his continued detention has become unconstitutionally prolonged. (*See* Doc. 1 at 17.)

---

[1] The court recognizes that the circumstances surrounding the COVID-19 pandemic can change rapidly. Accordingly, although the petition is denied, the denial is without prejudice to Saillant filing a renewed petition for writ of habeas corpus if his individual circumstances change with respect to the pandemic.

4. Saillant's failure to file a brief by the above date shall be construed as a voluntary withdrawal of the argument that his continued detention has become unconstitutionally prolonged and his petition shall be dismissed without prejudice on that basis.

5. Respondents shall have fourteen days from the date of Petitioner's brief to file a brief in opposition.

6. Saillant shall have fourteen days from the date of the Respondents' opposition brief to file a reply brief.

s/Jennifer P. Wilson  
JENNIFER P. WILSON  
United States District Court Judge  
Middle District of Pennsylvania