# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JHENSY SAILLANT, | : | Civil No. 1:20-CV-00609 |
| Petitioner, | : | |
| v. | : | |
| ANGELA HOOVER, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 21st day of August, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. Petitioner's motion to transfer (Doc. 9) is **DENIED**.

2. Respondent Angela Hoover is **DISMISSED**.

3. The Clerk of Court is directed to amend the caption of this case to name William Barr and Matthew Albence as Respondents.

4. The remaining portions of Petitioner's petition for writ of habeas corpus (Doc. 1) are **DENIED WITHOUT PREJUDICE**.

5. The Clerk of Court is directed to close this case.

                                              s/Jennifer P. Wilson
                                              JENNIFER P. WILSON
                                              United States District Court Judge
                                              Middle District of Pennsylvania